**CHRISTOPHER W. LAMPE, ESQ.    STATE BAR #66516**
**TENENBAUM, LAMPE & FROMSON**
**2005 "O" STREET**
**MERCED, CA 95340**
**TELEPHONE (209)384-7887**

**Attorneys for Plaintiff, TISHA LABUGA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA LABUGA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOVIE GALLERY SERVICES, INC.; BLACK COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NUMBER: 1:06-CV-00618-0WW-DLB<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

　　　　　IT IS STIPULATED by and between the parties, through their respective counsel, that plaintiff TISHA LABUGA may file a first amended complaint in the above-entitled matter.

Dated: September 19, 2006　　　　　TENENBAUM, LAMPE & FROMSON


　　　　　　　　　　　　　　　　　　　　By   /s/ Christopher W. Lampe
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER W. LAMPE, Attorneys for
　　　　　　　　　　　　　　　　　　　　　　Plaintiff TISHA LABUGA


Dated: September 19, 2006　　　　　CURIALE DELLAVERSON HIRSCHFELD
　　　　　　　　　　　　　　　　　　　　& KRAEMER, LLP


　　　　　　　　　　　　　　　　　　　　By   /s/ Dena L. Narbaitz
　　　　　　　　　　　　　　　　　　　　　　DENA L. NARBAITZ, Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　MOVIE GALLERY U.S. LLC (incorrectly
　　　　　　　　　　　　　　　　　　　　　　identified as MOVIE GALLERY SERVICES,
　　　　　　　　　　　　　　　　　　　　　　INC.)

**O R D E R**

IT IS ORDERED that plaintiff TISHA LABUGA may file a first amended complaint in the above-entitled matter.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF MERCED** )

    I declare that I am employed in the County of Merced, State of California. I am over the age of eighteen (18) years and not a party to the within entitled cause. My business address is 2005 "O" Street, Merced, California 95340.

    On **September 19 , 2006**, I served the within **STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date set forth below at Merced, California following our ordinary business practices. I am readily familiar with our business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**Dena L. Narbaitz**
**Curiale, Dellaverson, Hirschfeld & Kraemer, LLP**
**727 Sansome Street**
**San Francisco, CA 94111**

    I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **September 19 , 2006**, at Merced, California.

                                                /s/ Catherine A. Granados
                                          CATHERINE A. GRANADOS, CLAIT IS SO ORDERED.

**Dated:   September 22, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE