**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **TISHA LABUGA,** | |
| **Plaintiff,** | |
| v. | No.: 1:2006-CV-00618-OWW-DLB |
| **MOVIE GALLERY SERVICES, INC., et al.,** | **ORDER OF DISMISSAL** |
| **Defendants.** | |

Based upon the Joint Stipulation For Dismissal filed by counsel of record, it is hereby ordered that this matter be dismissed with prejudice with costs taxed as paid.

Dated: 10/30/2006

/s/ Oliver W. Wanger

_____
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com